Opinion issued April 23, 2007

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00327-CV






IN RE BP PRODUCTS NORTH AMERICA, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, BP Products North America, Inc.
("BP"), challenges the trial court's (1) April 18, 2007 order permitting the disclosure of
certain documents previously designated as confidential.

 We deny the motion for emergency relief.

 We deny the petition for writ of mandamus.

PER CURIAM


Panel consists of Justices Nuchia, Alcala, and Higley.

 

1. 
 
 ---